**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **V.N.V.,** | * | |
| **Petitioner,** | * | |
| **vs.** | * | **CASE NO. 7:26-cv-228-WLS-CHW** |
| **WARDEN, IRWIN COUNTY DETENTION CENTER, *et al*.,** | * | |
| | * | |
| **Respondents.** | * | |

## ORDER

The Court received Petitioner's application for habeas corpus relief under 28 U.S.C. § 2241 on August 12, 2026. (Doc. 1). Pursuant to 28 U.S.C. § 2243, Respondents shall have **three (3)** days to file a comprehensive return to the petition. In the return, Respondents shall specifically state the statutory basis for Petitioner's detention. Respondents are further **ORDERED** to produce all evidence supporting Petitioner's detention within three (3) days. The Court will schedule a hearing as appropriate following the receipt of Respondent's return.

**SO ORDERED**, this 13th day of August, 2026.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge